**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DOMINIC MCKEOWN AND LOUISE MCKEOWN, individually and as next friends of R.M., a minor, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:26-CV-1010-RWS-JBB |
| v. | § § | |
| FRISCO INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § | |

**ORDER**

On August 4, 2026, Plaintiffs Dominic McKeown and Louise McKeown, individually and as next friends of their minor son, R.M., filed Plaintiffs' Original Petition and Application for Temporary Restraining Order and Temporary Injunction against Defendant Frisco Independent School District in the 429th District Court of Collin County, Texas. Docket No. 1 at ¶ 1. Plaintiffs sought temporary injunctive relief arising from Defendant's actions affecting R.M.'s educational placement. *Id.*; *see also* Docket No. 5. Following Defendant's removal to this Court,[1] the case was referred to United States Magistrate Judge J. Boone Baxter for pretrial purposes in accordance with 28 U.S.C. § 636. The magistrate judge held an expedited hearing on Plaintiffs' Application for Temporary Restraining Order (Docket No. 5) on August 11, 2026. Docket No. 8.

On August 14, 2026, the magistrate judge issued a report and recommendation that recommended Plaintiffs' application for temporary restraining order be denied. Docket No. 10. On August 26, 2026, the magistrate judge granted Plaintiffs' Motion for Extension of Time to File

[1] Plaintiffs served Defendant on August 5, 2026. Docket No. 1 at ¶ 2. Defendant has only filed a Notice of Appearance of Counsel in connection with Plaintiffs' request for temporary restraining order. *Id.*

Objections to the Report and Recommendation and ordered that any objections to the August 14, 2026 report and recommendation shall be filed on or before September 11, 2026. Docket No. 12. Plaintiffs received a copy of the August 26, 2026 order via electronic notification. *See* Docket No. 4. To date, no objections have been filed to the report and recommendation.

Because no objections have been received, Plaintiffs are barred from *de novo* review by the district judge of the magistrate judge's proposed findings, conclusions, and recommendations. *See Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021). Moreover, except on grounds of plain error, an aggrieved party "is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court." *Id.*; *see also Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

After reviewing the report and recommendation, the Court is of the opinion that the findings and conclusions of the magistrate judge are correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion[,] and contrary to law"), *cert. denied*, 492 U.S. 918 (1989). Therefore, the Court hereby adopts the August 14, 2026 Report and Recommendation of the United States Magistrate Judge (Docket No. 10) as the findings and conclusions of this Court. Accordingly, it is

**ORDERED** that Plaintiffs' Application for Temporary Restraining Order (Docket No. 5) is **DENIED**. It is further

**ORDERED** that, as ordered by the magistrate judge (Docket No. 10 at 8–9), by **September 28, 2026**, Plaintiffs shall retain counsel or file a motion to continue to represent R.M. themselves, addressing therein the holdings in *Raskin v. Dallas Indep. Sch. Dist.*, 69 F.4th 280 (5th Cir. 2023),

and *Wilt v. Smith Cnty. Sheriff's Off.*, No. 6:25-CV-00118-JDL, 2025 WL 2991307, at *4 (E.D. Tex. July 21, 2025), *report and recommendation adopted*, 2025 WL 2988449 (E.D. Tex. Oct. 23, 2025). Plaintiffs are advised that failure to do so may result in the above case being dismissed without prejudice. If Plaintiffs do not wish to prosecute this action, Plaintiffs may notify the Court in writing, by letter or motion, that they wish to voluntarily dismiss this civil action.

**So ORDERED and SIGNED this 22nd day of September, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE